# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ADAM BROOKS, *et al.,* | 2:13-cv -01693-JAD-VCF |
| Plaintiffs, | |
| vs. | **ORDER GRANTING LIMITED STAY OF DISCOVERY** |
| CLARK COUNTY, *et al.,* | [Stipulation and Order to Stay Discovery #14] |
| Defendants. | |

Before the Court is the Stipulation and Order to Stay Discovery Pending Court Ruling on Motions to Dismiss (#14). The stay requested by the parties does not set a date certain for lifting the stay and will not be approved in that form.

Good Cause Appearing,

IT IS HEREBY ORDERED that all discovery is stayed in this case until the earlier of twenty (20) days after Defendant files an answer or June 16, 2014;

IT IS FURTHER ORDERED that the parties will not be required to file a proposed Discovery Plan and Scheduling Order until the earlier of twenty (20) days after Defendant files an answer or June 16, 2014;

After June 2, 2014, the parties may file a stipulation to further stay discovery and the filing of a Discovery Plan and Scheduling Order, if the case is still pending and the Defendant has not filed an answer at the time of filing the new stipulation.

DATED this 15th day of January, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE